# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NAIL SHAKIR and KAREN SHAKIR, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:11cv0104 |
| ) | JURY DEMAND |
| v. ) | |
| ) | JUDGE CAMPBELL |
| FARMERS INSURANCE GROUP, ) | |
| ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. ) | |
| ) | |
| ) | |

## CONSENT ORDER TO REMAND

Plaintiffs Nail and Karen Shakir ("Plaintiffs") and Defendant, Farmers Insurance Exchange ("Defendant"), by and through counsel, hereby file this Consent Order of Remand and agree to remand this matter back to the Circuit Court for Davidson County, Tennessee. The parties have conferred regarding this issue and agree that Davidson County, Tennessee is the most appropriate forum.

IT IS SO ORDERED, this ____ day of _____, 2011.

_____
District Judge Campbell

Respectfully Submitted:

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ | MARSHALL THOMAS BURNETT |
| /s/ Bruce A. McMullen | /s/ Joshua E. Burnett |
| Bruce A. McMullen (BPR No. 18126)<br>First Tennessee Building<br>165 Madison Avenue<br>Suite 2000<br>Memphis, TN 38103<br>901-526-2000<br>901-577-4262 - facsimile<br>bmcmullen@bakerdonelson.com | Joshua E. Burnett (BPR.No.027686)<br>Sonya S. Wright (BPR No. 023898)<br>214 West Main Street<br>Murfreesboro, TN 37130<br>(615) 896-8000, telephone<br>(615) 896-8088, facsimile<br>*Attorney for Plaintiffs* |

*and*

Joshua A. Mullen (BPR No. 28388)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7318 – facsimile
jmullen@bakerdonelson.com
*Attorneys for Farmers Insurance Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2011, a copy of the foregoing Consent Order to Remand was served by electronic means via the Court's electronic filing system:

Joshua E. Burnett
Sonya S. Wright
214 West Main Street
Murfreesboro, TN 37130
(615) 896-8000
(615) 848-7039 – facsimile
jburnett@mtblaw.com
swright@mtblaw.com

    /s/ Bruce A. McMullen
Bruce A. McMullen